IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| THE GUARANTEE COMPANY OF NORTH AMERICA USA, | Case No.: 2:13-cv-2266-PMD |
| Plaintiff, | **CONFESSION OF JUDGMENT** |
| v. | |
| METRO CONTRACTING, INC., AUDREY GRIEBE, AND STEPHEN GRIEBE, | |
| Defendants. | |

The Defendants, Metro Contracting, Inc. and Stephen Griebe, do hereby confess judgment in the above-captioned cause of action in favor of the Plaintiff therein, The Guarantee Company of North America USA, in the amount of Two Million Dollars ($2,000,000) this _5_ day of ~~November~~ December, 2013. This Confession of Judgment will expire in accordance with the Settlement Agreement signed contemporaneously with this document.

_____
Stephen Griebe

METRO CONTRACTING, INC.

By: _____
Stephen Griebe, President

SWORN to before me this
_5_ day of ~~November~~ December, 2013

_____
Notary Public for South Carolina
My Commission Expires: _____

[Notary Seal: ERIC B. LAQUIERE, NOTARY PUBLIC, MY COMMISSION EXPIRES 6/16/14, SOUTH CAROLINA]