# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| The Guarantee Company of North America USA <br> *Plaintiff* <br> v. <br> Metro Contracting Inc; Audrey Griebe; and Stephen Griebe <br> *Defendants* | Civil Action No.   2:13-cv-2266-PMD |
| Audrey Griebe <br> *Third -Party Plaintiff* <br> v. <br> Justin Albright and Cassey White a/k/a Cassey Gawith <br> *Third -Party Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff The Guarantee Company of North America USA recover from the defendants Metro Contracting, Inc. and Stephen Griebe the amount of two million dollars $2,000,000.00.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: The Court adopts the Magistrate Judge's R&R on Plaintiff's Motion to Dismiss. Accordingly, it is ordered that Plaintiff's Motion to Dismiss is granted and her claims against Ms. Griebe are dismissed with prejudice. It is Therefore ordered that Ms. Griebe's remaining claims are dismissed without prejudice. It is further ordered that Ms. Griebe's Objections to the Magistrate Judge's Rule 11 Order are overruled and the Magistrate Judge's Rule 11 Order is affirmed. However, to the extent the Magistrate Judge's Rule 11 Order should have been entered as an R&R, the Court hereby adopts the same and fully incorporates it into this Order. Accordingly, Plaintiff's Motion for Entry of Judgment is granted.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by the Honorable Patrick Michael Duffy, Senior United States District Judge.

Date:   January 29, 2015

*CLERK OF COURT*

s/Elena Graham

*Signature of Clerk or Deputy Clerk*